IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH TURTURRO, as Administrator of the Estate of Adam Braddock, Deceased | : : : | |
| v. | : : | CIVIL ACTION |
| AGUSTA AEROSPACE CORPORATION | : : | NO. 10-2894 |
| v. | : : | |
| UNITED STATES OF AMERICA | : | |

## ORDER

AND NOW, this 13th day of August, 2010, upon consideration of Motion to Dismiss of United States of America (Doc. No. 3) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED** and all claims against Third Party Defendant United States of America are **DISMISSED**.

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**